IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD BUTLER, § | |
|       Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:16-CV-0184-D |
| § | |
| STEVE DYE, et al., § | |
|       Defendants. § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

It is therefore ordered that any claim related to the validity of the traffic stop and the conviction for failing to obtain a Texas driver license is summarily dismissed with prejudice as frivolous until such time as plaintiff satisfies the conditions set forth in *Heck v. Humphrey*. All other claims are dismissed with prejudice for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B).

The court prospectively certifies that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this finding, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, plaintiff may challenge this certification by filing a separate

motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**SO ORDERED**.

November 30, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE